# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LANDON RYAN JOHNSON,** | ) | **NO. EDCV 16-1976-JLS (KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **D. ASUNCION, Warden,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 20, 2017

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE